

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**John M. Browning**
(212) 489-8230 tel
(212) 489-8340 fax

jackbrowning@dwt.com

June 25, 2021

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl St., Courtroom 14D
New York, NY 10007-1312

**Re**:   *International Refugee Assistance Project, Inc. v. Defense Contract Management Agency et al.*, 20-cv-00306-AKH

Dear Judge Hellerstein:

Plaintiff International Refugee Assistance Project, Inc. ("IRAP" or "Plaintiff") respectfully requests that this Court hold a case management conference for the above-captioned case at its earliest convenience to discuss open issues relating to the satisfaction of Freedom of Information Act ("FOIA") requests seeking information required by Afghan citizens who served the U.S. Government during the War in Afghanistan to obtain special visas to come to this country. A case management conference has not previously been held in this case.

The purpose of the requested case management conference is to implement a case management plan that imposes a schedule on the production of any remaining documents responsive to IRAP's FOIA request and to address issues arising from the Defense Contract Management Agency's referral of IRAP's FOIA requests to other agencies within the Department of Defense. IRAP would also like to discuss the status of related FOIA requests currently pending with Army Sustainment Command and U.S. Central Command.

Davis Wright Tremaine LLP

/s/ John M. Browning

John M. Browning

cc:   Counsel of Record (via ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4848-7679-6394v.3 0201326-000001