UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
INTERNATIONAL REFUGEES ASSISTANCE
PROJECT, INC.,

                           Plaintiff,

  -against-

DEFENSE CONTRACT MANAGEMENT
AGENCY, et al.,

                       Defendants.
------------------------------------------------------------ x

**ORDER REGULATING PROCEEDINGS**

20 Civ. 306 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On July 9, 2021, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, Defendants shall produce all remaining documents by August 13, 2021. Plaintiffs shall move for joinder of additional parties by July 16, 2021. Oppositions shall be filed by July 30, 2021, and oral argument will be held on August 4, 2021, at 10:30 a.m.

      SO ORDERED.

Dated: July 12, 2021                             /s/ Alvin K. Hellerstein
New York, New York                         ALVIN K. HELLERSTEIN
                                            United States District Judge